**William B. FOGARTY, Appellant, v. UNITED STATES of America, Appellee.**

No. 10023.

Circuit Court of Appeals, Sixth Circuit.

May 25, 1945.

U.S.A. Heggblom, of Detroit, Mich., for appellant.

Joseph F. Deeb, of Grand Rapids, Mich., for the United States.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to joint motion of counsel for appellant and appellee, filed herein on April 25, 1945, and upon consideration of the motion of the United States Attorney, this day filed; it is ordered that this case be placed upon the docket of this Court and the judgment of the District Court is hereby affirmed upon authority of the opinion of this Court in the case of Dervin Bartlet

Wolfe v. United States of America, 6 Cir., 149 F.2d 391, announced May 24, 1945. Mandate to issue forthwith.

**Merth Romane HEPKER, Debtor, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF UNITED STATES.**

No. 13058.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1945.

George F. Buresh, of Cedar Rapids, Iowa, for appellant.

A. H. Sargent, of Cedar Rapids, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant on dismissal of appeal by appellant with approval by appellee.

**Armenag James MANOUKIAN v. UNITED STATES of America.**

No. 2894.

Circuit Court of Appeals, Tenth Circuit.

May 14, 1945.

Carle Whitehead, of Denver, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., and Ivor Wingren, Asst. U. S. Atty., both of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment affirmed, on authority of Igal Roodenko v. United States of America, 10 Cir., 147 F.2d 752.